IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| QUINTON HARRIS, GEOFFREY MILLER, NORMAN MOUNT, SCOTT ZINN, THOMAS TAYLOR, and JOHN BAKER, Plaintiffs, vs. UNION PACIFIC RAILROAD COMPANY, Defendant. | 8:16CV381 ORDER |
|---|---|

This matter is before the Court on the parties' Joint Motion to Modify Deadlines (Filing No. 121). The motion is granted.

**IT IS ORDERED** that the deadlines in this matter are amended as follows:

| Description | Deadline |
|---|---|
| Parties' Expert Identities Disclosed | September 29, 2017 |
| Parties' Rebuttal Expert Identities Disclosed | October 31, 2017 |
| Parties' Expert Reports Served | November 6, 2017 |
| Parties' Rebuttal Expert Reports Served | December 29, 2017 |
| Phase I Discovery and Depositions Completed | February 5, 2018 |
| Class Certification Motion Filed | February 26, 2018 |
| Defendant's Response to Class Certification Motion Filed | March 26, 2018 |
| Plaintiffs' Reply to Class Certification Motion Filed | April 25, 2018 |
| *Daubert* Motions Filed | May 2, 2018 |

Dated this 5th day of July, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge