IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTON HARRIS, GEOFFREY MILLER, NORMAN MOUNT, SCOTT ZINN, THOMAS TAYLOR, and JOHN BAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:16CV381<br><br>**THIRD AMENDED PROGRESSION ORDER** |

This matter is before the Court on the parties' Third Joint Motion for Extension of Deadlines (Filing No. 175). The motion is granted.

**IT IS ORDERED** that the deadlines in this matter are amended as follows:

| Description | New Deadline |
|---|---|
| Parties' Expert Reports Served | March 6, 2018 |
| Parties' Rebuttal Expert Identities Disclosed | March 22, 2018 |
| Parties' Rebuttal Expert Reports Served | April 12, 2018 |
| Phase I Discovery and Depositions Completed | May 14, 2018 |
| Class Certification Motion Filed | May 25, 2018 |
| Defendant's Response to Class Certification Motion Filed | June 26, 2018 |
| Plaintiffs' Reply to Class Certification Motion Filed | July 25, 2018 |
| *Daubert* Motions Filed | August 2, 2018 |

Dated this 5th day of February, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge