IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTON HARRIS, GEOFFREY MILLER, NORMAN MOUNT, SCOTT ZINN, THOMAS TAYLOR, and JOHN BAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:16CV381<br><br>**FOURTH AMENDED PROGRESSION ORDER** |

This matter is before the Court on the parties' Fourth Joint Motion for Extension of Deadlines (Filing No. 204). The motion is granted.

**IT IS ORDERED** that the deadlines in this matter are amended as follows:

| Description | New Deadline |
|---|---|
| Written Discovery Completed | June 1, 2018 |
| Phase I Depositions Completed | July 27, 2018 |
| Class Certification Motion Filed | August 17, 2018 |
| Defendant's Response to Class Certification Motion Filed | September 18, 2018 |
| Plaintiffs' Reply to Class Certification Motion Filed | October 18, 2018 |
| *Daubert* Motions Filed | October 26, 2018 |

Dated this 14th day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge