IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEOFFREY MILLER,<br><br>          Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>          Defendant. | 8:20CV311<br><br>ORDER |

This matter comes before the Court on the Joint Stipulation for Dismissal of Count VI (Filing No. 403). The Court, being advised in the premises, finds that such an Order is proper.

Pursuant to the stipulation of the parties, Filing No. 403, the plaintiff's claims under the Genetic Information Nondiscrimination Act, 42 U.S.C. § 2000ff et seq. ("GINA"), and the Utah Genetic Testing Privacy Act, Utah Code 26-45-101 et seq. ("GTPA") are hereby dismissed without prejudice and without costs to any party.

Dated this 11th day of January, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge