IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEOFFREY MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | **8:20CV311**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 421). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without costs or disbursement.

Dated this 19th day of May, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge